UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JUNIOR RAFAEL VARGAS-GUZMAN, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 5:18-CV-102 |
| § | CRIMINAL ACTION NO. 5:15-CR-1166 |
| UNITED STATES OF AMERICA, § | |
| § | |
| Respondent. § | |

## ORDER

United States Magistrate Judge Sheldon issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that Defendant's § 2255 Motion (Dkt. No. 1; Cr. Dkt. No. 73)[1] be **DENIED** and that this action be **DISMISSED**. (Dkt. No. 28; Cr. Dkt. No. 78). Neither Party has filed objections to the Report and Recommendation.

Applying a plain-error standard of review to the proposed findings and recommendations, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. No. 28; Cr. Dkt. No. 78) as the findings and opinion of the Court. Accordingly, Defendant's § 2255 Motion (Dkt. No. 1; Cr. Dkt. No. 73) is **DENIED**, and this civil action is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** June 3, 2019.

Marina Garcia Marmolejo
United States District Judge

---

[1] "Dkt. No." refers to the civil case, and "Cr. Dkt. No." refers to the criminal case.